# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | CASE NO. 1:08-cv-00750-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS ACTION AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS |
| v. | |
| JUDGE ARTHUR G. SCOTLAND, et al., | |
| Defendants. | (Doc. 2) |

Plaintiff Tony Blackman ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 2, 2008, and is seeking leave to proceed in forma pauperis.

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." A review of the actions filed by Plaintiff reveals that Plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis unless Plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of case numbers 1:99-cv-05822-REC-HGB PC Blackman v. Hartwell (E.D. Cal.) (dismissed 03/12/2001 for failure to state a claim); 3:05-cv-05390-SI Blackman v. Medina (N.D. Cal.) (dismissed 03/13/2006 for failure to state a claim); 3:06-cv-06398-SI Blackman v. Variz (N.D. Cal.) (dismissed

1   The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the
2   imminent danger exception.  <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007).  Because
3   Plaintiff has alleged no facts that support a finding that he is under imminent danger of serious
4   physical injury, Plaintiff may not proceed in forma pauperis in this action, and must submit the
5   appropriate filing fee in order to proceed with this action.
6   Based on the foregoing, it is HEREBY ORDERED that:
7   1.  Plaintiff is ineligible to proceed in forma pauperis in this action; and
8   2.  Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** from the date
9       of service of this order or this action will be dismissed, without prejudice.

11  IT IS SO ORDERED.
12  **Dated:   June 9, 2008**                    **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE

---

28  12/18/2006 for failure to state a claim); and 1:04-cv-06389-AWI-NEW (DLB) (E.D. Cal.) (dismissed 05/18/2007 for failure to state a claim).