# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | CASE NO. 1:08-cv-00750-AWI-SMS PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE IN COMPLIANCE WITH COURT ORDER |
| v. | |
| JUDGE ARTHUR G. SCOTLAND, et al., | |
| Defendants. | (Doc. 6) |
| _____/ | |

Plaintiff Tony Blackman ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On September 8, 2008, pursuant to 28 U.S.C. § 1915(g), the Court issued an order finding Plaintiff ineligible to proceed in forma pauperis in this action, and requiring Plaintiff to pay the $350.00 filing fee in full within thirty days. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.

Accordingly, pursuant to section 1915(g), this action is HEREBY DISMISSED, without prejudice, based on Plaintiff's failure to pay the filing fee for this action.

IT IS SO ORDERED.

Dated:   **November 3, 2008**          _____/s/ Anthony W. Ishii_____
                                        CHIEF UNITED STATES DISTRICT JUDGE

1